

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-15-00210-CV

Deepti **MARIMADAIAH**,
Appellant

v.

Naresh Kumar **DAHAT**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-13649
Honorable Laura Salinas, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Chief Justice
             Karen Angelini, Justice
             Jason Pulliam, Justice

Delivered and Filed:  May 6, 2015

DISMISSED

Appellant filed a motion to dismiss this appeal on April 21, 2015.  The motion contains a certificate of service to appellee, who does not oppose the motion.  Therefore, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).  Costs of the appeal are taxed against the party who incurred them.

PER CURIAM